UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------- X<br>:<br>L.J., individually and on behalf of B.A.J., a child with :<br>a disability, :<br>  :<br>　　　　　　　Plaintiffs, :<br>  :<br>　　-against- :<br>  :<br>New York City Department of Education and :<br>DAVID BANKS, in his official capacity as :<br>Chancellor of the New York City School District, :<br>  :<br>　　　　　　　Defendants. :<br>------------------------------------------------------------- X | **NOTICE OF MOTION TO SEAL**<br><br>Case No. 23-cv-7267 (ER)(SDA)<br>Hon. Edgardo Ramos |

**PLEASE TAKE NOTICE** that Plaintiffs L.J. on behalf of B.A.J., by and through their undersigned counsel, based on the accompanying Memorandum of Law and the Declaration of Nathan J. Ades dated February 9, 2024, Plaintiff's Motion for Summary Judgment and its accompanying exhibits, and all papers previously filed with the Court, L.J. on behalf of B.A.J, will move this court, before the Honorable Edgardo Ramos, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, NY 10007, in Courtroom 619, at a date and time determined by the Court, for a motion to seal Exhibits 1-25 of the Ades Declaration, Exhibits 1-7 of the Shore Declaration, and Exhibits 1-9 of the Rodriguez Declaration in support of Plaintiff's Motion for Summary Judgment.

Dated:  New York, NY
        February 9, 2024

                        GLENN AGRE BERGMAN & FUENTES LLP

                        By: */s/ Nathan Joseph Ades*
                            Nathan Joseph Ades

Nathan J. Ades - ID No. 5851852
Olga L. Fuentes-Skinner ID No. 4073029
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
(212) 970-1620

ADVOCATES FOR CHILDREN OF NEW YORK, INC.

Rebecca C. Shore ID No. RS5158
151 West 30th Street, 5th Floor
New York, New York 10001
(212) 822-9574

*Attorneys for Plaintiffs*

2