UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                           :

L.J., individually and on behalf of B.A.J., a child with a disability,

            Plaintiffs,

        -against-

New York City Department of Education and
DAVID BANKS, in his official capacity as
Chancellor of the New York City School District,

           Defendants.
------------------------------------------------------------------ X

**NOTICE OF MOTION**

Case No. 23-cv-7267 (ER)(SDA)
Hon. Edgardo Ramos

     **PLEASE TAKE NOTICE** that Plaintiffs L.J. on behalf of B.A.J., by and through their undersigned counsel, based on the accompanying Memorandum of Law, Plaintiff's Statement of Undisputed Material Facts, the Declaration of Nathan J. Ades dated February 9, 2024, plus the exhibits attached thereto, the Declaration of Rebecca C. Shore dated February 9, 2024, plus the exhibits attached thereto, the Declaration of Rita Rodriguez dated February 8, 2024, plus the exhibits attached thereto, the Declaration of Jared Stein dated February 7, 2024, the Declaration of Nelson Mar dated February 8, 2024, the Declaration of Jesse Cole Culter dated February 8, 2024, the Declaration of Nancy Rothenberg dated February 8, 2024, and all papers previously filed with the Court, L.J. on behalf of B.A.J, will move this court, before the Honorable Edgardo Ramos, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, NY 10007, in Courtroom 619, at a date and time determined by the Court, for summary judgment pursuant to the Federal Rule of Civil Procedure 56.

Dated:  New York, NY
        February 9, 2024

                              GLENN AGRE BERGMAN & FUENTES LLP

                              By: */s/ Nathan Joseph Ades*
                                   Nathan Joseph Ades

Nathan J. Ades - ID No. 5851852
Olga L. Fuentes-Skinner ID No. 4073029
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
(212) 970-1620

ADVOCATES FOR CHILDREN OF NEW YORK, INC.

Rebecca C. Shore ID No. RS5158
151 West 30th Street, 5th Floor
New York, New York 10001
(212) 822-9574

*Attorneys for Plaintiffs*