UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.J., individually and on behalf of B.A.J., a child with a disability,

       Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and RICHARD CARRANZA, in his official capacity as Chancellor of the New York City School District,

       Defendants.

Case No. 23-cv-7267 (ER)(SDA)

Hon. Edgardo Ramos

## DECLARATION OF NELSON MAR

## IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES

  NELSON MAR, an attorney duly admitted to practice before this Court, hereby declares, under penalty of perjury, as follows:

  1. I am a member of the bar of this Court and senior staff attorney at Legal Services NYC, Inc. ("LSNYC").

  2. I respectfully submit this declaration in support of Plaintiff's application for an award of attorneys' fees and costs.

  3. This declaration is based on my personal knowledge and my consultation with colleagues at LSNYC.

**Legal Services NYC**

4. LSNYC is a federally funded nonprofit organization and the largest provider of free civil legal services in the country. Founded in 1968 as part of the War on Poverty, LSNYC serves over 11,000 low-income New York City residents each year through our neighborhood offices in all five boroughs. LSNYC provides representation in a wide range of civil legal matters including housing, family law/domestic violence, government benefits, Social Security disability, foreclosure, immigration, employment rights and education law.

5. I have worked in the Education Law Unit at the Bronx office of LSNYC since 1999. I graduated from the University at Buffalo School of Law in 1998. As a staff attorney, I represent and advocate on behalf of Bronx families on a variety of education matters including special education, discipline, charter school and school governance. The majority of my cases involve enforcing the rights of students and parents under the Individuals with Disabilities Education Act (IDEA). My practice is primarily at the administrative level, litigating due process complaints against the New York City Department of Education ("DOE"). However, I have represented clients before this Court on a handful of occasions over the last 25 years including a number of appeals under the IDEA. I have served as chair of the Education Law Committee at the New York County Lawyers Association and regularly present on education law matters. I am currently also employed as an adjunct professor at New York Law School in their education law clinic.

6. LSNYC submits requests for attorneys' fees from the DOE when its clients are prevailing parties at special education due process hearings. As of June 2019, LSNYC seeks a rate of $550 per hour for all attorneys with 19 or more years of legal experience, including myself. The hourly rate for attorneys then decreases based upon the years of legal experience, as listed in the chart below:

| Years of Legal Experience | Hourly Rate |
|---|---|
| Two or fewer | $250 |
| 3 – 4 | $300 |
| 5 – 7 | $350 |
| 8 – 11 | $450 |
| 12 – 18 | $500 |
| 19 and above | $550 |
|  |  |
| Paralegal | $150 |
| Law Graduate | $200 |
| Clerical | $100 |

7. LSNYC determined its rates based upon a review of the rates awarded in this jurisdiction and a comparison of rates that other legal offices charge for representing parents and students in connection with their special education needs in New York City. The rates for LSNYC staff are consistent with those rates.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2024
in Queens, New York

Nelson Mar