UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.J., *individually and on behalf of B.A.J., a child with a disability*, | |
| Plaintiff, | **ORDER** |
| -*against*- | 23-cv-07267 (ER) |
| NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and DAVID BANKS, *in his official capacity as Chancellor of the New York City School District*, | |
| Defendants. | |

Ramos, D.J.:

    Plaintiff has requested permission to file a supplemental brief to address arguments raised in Defendants' attorney declarations. Doc. 49 at 2 n.3. The request is granted. Plaintiff may file a supplemental brief of no more than five pages by March 25, 2024.

    SO ORDERED.

Dated: March 18, 2024
         New York, New York

                                                                  Edgardo Ramos, U.S.D.J.