**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
L.J., individually and on behalf of B.A.J.,
a child with a disability,

                          Plaintiff,

    -against-                                    23 **CIVIL** 7267 (ER)

                                                     **JUDGMENT**
                                                     **For Attorney's**
NEW YORK CITY DEPARTMENT OF            **Fees and Costs**
EDUCATION, NEW YORK CITY BOARD
OF EDUCATION, and DAVID BANKS, in his
official capacity as Chancellor of the New
York City School District,

                          Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 16, 2024, L.J.'s request for attorney fees and costs is GRANTED, subject to the modifications discussed. L.J. is entitled to $65,449.50 in attorney fees plus $400 in costs. Judgment is entered in favor of L.J; accordingly, the case is closed.

**Dated:** New York, New York

       August 16, 2024

                                                     **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**
                                 **BY:**    *K. Mango*
                                                         **Deputy Clerk**